**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS BLANCHETTE,**
**Plaintiff**

**v.** **C.A. NO. 07-334 ML**

**ELECTRIC BOAT CORPORTAION,**
**& GENERAL DYNAMICS CORPORATION**
**Defendants**

**RESPONSE TO COURT ORDER**

On January 29, 2008, this Court entered an Order, indicating an intention to dismiss the above-referenced matter, within 15 days, for lack of prosecution. In response, the Plaintiff states that the Complaint in this matter, filed on August 31, 2007, was properly and timely served on October 18, 2007. The Parties have since reached an agreement that the matter will be submitted to arbitration. The ministerial details of submitting this matter for final and binding arbitration should be concluded promptly, within the next one to two weeks, at which time, with the Court's permission, Plaintiff will submit a formal request to withdraw this complaint.

Respectfully Submitted,
Thomas Blanchette,
By His Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (FAX)