**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS BLANCHETTE,**
**Plaintiff**

**v.** **C.A. NO. 07-334 ML**

**ELECTRIC BOAT CORPORTAION,**
**& GENERAL DYNAMICS CORPORATION**
**Defendants**

**RESPONSE TO COURT ORDER**

On June 3, 2008, this Court entered an Order, indicating an intention to dismiss the above-referenced matter, within 15 days, for lack of prosecution. In response, the Plaintiff states that the Complaint in this matter, filed on August 31, 2007, was properly and timely served on October 18, 2007, with proof of service subsequently filed with the Court. The Parties since reached an agreement that the matter would be submitted to arbitration. The ministerial details of submitting this matter for final and binding arbitration, pursuant to the company's in-house program, were delayed due to various reasons.

The undersigned counsel has confirmed with the Defendant that the matter is proceeding to arbitration, and counsel will proceed to prepare the appropriate stipulation to terminate this case. **With the Court's permission, it is respectfully requested that the Parties be permitted 10 days, up to and including June 30, 2008, to file the appropriate paperwork.**

Respectfully Submitted,
Thomas Blanchette,
By His Attorney,

/s/ Stephen T. Fanning

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250/401-272-4520 (FAX)