**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THOMAS BLANCHETTE,**
**Plaintiff**

**v.** **C.A. NO. 07-334 ML**

**ELECTRIC BOAT CORPORTAION,**
**& GENERAL DYNAMICS CORPORATION**
**Defendants**

**WITHDRAWAL WITH PREJUDICE**

The undersigned hereby withdraws the above-referenced action, with prejudice. No costs or fees to either party. The Defendants have not filed an answer or an entry of appearance for any counsel. The Parties intend to pursue this matter through the Defendants' in-house arbitration mechanism.

Respectfully Submitted,
Thomas Blanchette,
By His Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250/401-272-4520 (FAX)